IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jorge Morales-Alfonso, | No. CV 15-200-TUC-JAS (LAB) |
| Plaintiff, | **ORDER** |
| vs. | |
| Francisco Enterprises, Inc., et al. | |
| Defendants. | |

Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge Bowman that recommends denying Defendants' motion to dismiss. A review of the record reflects that the parties have not filed any objections to the Report and Recommendation and the time to file objections has expired. As such, the Court will not consider any objections or new evidence.

The Court has reviewed the record and concludes that Magistrate Judge Bowman's recommendations are not clearly erroneous. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).

Accordingly, IT IS HEREBY ORDERED as follows:

(1) Magistrate Judge Bowman's Report and Recommendation (Doc. 20) is accepted and adopted.

(2) Defendants' motion to dismiss (Doc. 11) is denied.

(3) This case is referred back to Magistrate Judge Bowman for any remaining pretrial proceedings.

DATED this 14th day of April, 2016.

_____
James A. Soto
United States District Judge