IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jorge Morales-Alfonso, | No. CV 15-200-TUC-JAS (LAB) |
| Plaintiff, | **ORDER** |
| vs. | |
| Francisco Enterprises, Inc., et al. | |
| Defendants. | |

Pending before the Court is a Report and Recommendation (Doc. 49) issued by United States Magistrate Judge Bowman on 11/30/16. A review of the record reflects that the parties have not filed any objections to the Report and Recommendation and the time to file objections has expired. As such, the Court will not consider any objections or new evidence.

The Court has reviewed the record and concludes that Magistrate Judge Bowman's recommendations are not clearly erroneous. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).

Accordingly, IT IS HEREBY ORDERED as follows:

(1) Magistrate Judge Bowman's Report and Recommendation (Doc. 49) is accepted and adopted in its entirety.

(2) The application for entry of default (Doc. 35) and motion to strike (Doc. 38) are denied.

(3) Defendants' motion to dismiss filed on August 19, 2016 (Doc. 36) is granted in part and denied in part; the court retains the action, quashes service made to date, and extends the deadline for accomplishing service of process.

(4) This case is referred back to Magistrate Judge Bowman for any remaining pretrial proceedings.

DATED this 6th day of January, 2017.

*James A. Soto*
United States District Judge