IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jorge Morales-Alfonso,<br><br>    Plaintiff,<br><br>vs.<br><br>Francisco Enterprises, Inc., et al.<br><br>    Defendants. | No. CV 15-200-TUC-JAS (LAB)<br><br>**ORDER** |

Pending before the Court is a Report and Recommendation issued by Magistrate Judge Bowman. In the Report and Recommendation, Magistrate Judge Bowman recommends granting in part Defendants' motion to dismiss. As the Court finds that the Report and Recommendation appropriately resolved the motion, the objections are denied.[1]

Accordingly, IT IS HEREBY ORDERED as follows:

(1) Magistrate Judge Bowman's Report and Recommendation (Doc. 63) is accepted and adopted.

(2) Defendants' motion to dismiss (Doc. 55) is granted in part as discussed in the Report and Recommendation.

---

[1] The Court reviews de novo the objected-to portions of the Report and Recommendation. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). The Court reviews for clear error the unobjected-to portions of the Report and Recommendation. *See Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *see also Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).

(3) This case is referred back to Magistrate Judge Bowman for any remaining pretrial proceedings.

DATED this 13th day of July, 2017.

James A. Soto
United States District Judge